AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN                                                    CALIFORNIA

District of

THOMAS E. SMITH

                Plaintiff (s),

v.

STEVEN HARRINGTON, PhD., et al.

                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** : ORDER

CASE NUMBER: CV: 12 3533 LB

Notice is hereby given that, subject to approval by the court, **Thomas E. Smith** (Party (s) Name) substitutes **Thomas A. Moore** (Name of New Attorney), State Bar No. **148698** as counsel of record in place of **Thomas E. Smith** (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Law Office of Thomas A. Moore |
| Address: | 18300 Von Karman Avenue, Suite 800, Irvine, CA 92612 |
| Telephone: | (650) 575-4991       Facsimile (650) 887-0402 |
| E-Mail (Optional): | tomamoore@hotmail.com |

I consent to the above substitution.

Date: AUGUST 13, 2012

(Signature of Party (s))

I consent to being substituted.

Date: _____

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 8/13/2012

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: August 28, 2012

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]