AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN          District of          CALIFORNIA

THOMAS E. SMITH

                          Plaintiff (s),       **CONSENT ORDER GRANTING**
                          v.               **SUBSTITUTION OF ATTORNEY** : ORDER

STEVEN HARRINGTON, PhD., et al.

                                      CASE NUMBER:    CV: 12 3533 LB

                         Defendant (s),

Notice is hereby given that, subject to approval by the court, __Thomas E. Smith__ substitutes
                                                           (Party (s) Name)

Thomas A. Moore                                             148698
_____, State Bar No. _____ as counsel of record in
                (Name of New Attorney)

place of __Thomas E. Smith__
                                          (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | Law Office of Thomas A. Moore |
|---|---|
| Address: | 18300 Von Karman Avenue, Suite 800, Irvine, CA 92612 |
| Telephone: | (650) 575-4991       Facsimile (650) 887-0402 |
| E-Mail (Optional): | tomamoore@hotmail.com |

I consent to the above substitution.

Date:    AUGUST 13, 2012                    _[signature]_
                                                         (Signature of Party (s))

I consent to being substituted.

Date: _____                            (Signature of Former Attorney (s))

I consent to the above substitution.

Date:       ~~8/13/2012~~                     _[signature]_
                                                         (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    August 28, 2012                    _[signature]_
                                                         Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]