1  Thomas A. Moore
2  Attorney at Law (SBN 148699)
   18300 Von Karman Blvd, Suite 800
3  Irvine CA 92612
   Telephone: (650) 575-4991
4  Facsimile: (650) 887-0402
   e-mail: tomamoore@hotmail.com
5

6  Attorney for Plaintiff,
   Thomas E. Smith
7

8
# UNITED STATES DISTRICT COURT
9
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION
10

| | |
|---|---|
| THOMAS E. SMITH, | Case No: CV 12 3533 LB |
| Plaintiff, | [Proposed] **ORDER RE: REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
| vs. | |
| STEVEN HARRINGTON, PhD., Individually and in his official capacity as Superintendent of Schools, for Sonoma County Office of Education; SHARON E. LIDDELL, Individually and in her official capacity as Superintendent of Santa Rosa City Schools; GEORGE R. VALENZUELA, Individually and in his official capacity as Compliance Officer, Santa Rosa City School Districts; STEPHEN MAYER, Individually and in his official capacity as Principal, Proctor Terrace Elementary School, Santa Rosa City Schools, DEBRA SANDERS, Ed.D., Individually and in her official capacity as Director Special Services, Santa Rosa City Schools; KIM CRAVEN, M.S. and M.A., Individually and in her official capacity as Special Services Offices, Santa Rosa City Schools, School Psychologist; SANTA ROSA CITY SCHOOL DISTRICT, and Does 1 through 100. | Hearing Date:    May 30, 2013<br>Hearing Time:   10:30 A.M.<br>Department:     Courtroom C, 15th Floor<br>Judge:          Hon. Laurel Beeler<br>San Francisco Division<br>Complaint filed:   06/06/2012<br><br>Trial Date:        None Set |
| Defendants, | |

[Proposed] ORDER RE: REQUEST TELEPHONIC APPEARANCE   USDC ND Case No: CV-12-3533
2.

1   Having considered Plaintiff's counsel's request to appear telephonically at the Case Management
2   Conference on May 30, 2013, the Court hereby grants Plaintiff's request.  IT IS SO ORDERED. .
    Counsel to make the necessary arrangements through CourtCall.
3                   17
    DATED:  May ~~14~~, 2013
4

_____

Hon. Laurel Beeler

~~[Proposed]~~ ORDER RE: REQUEST TELEPHONIC APPEARANCE  USDC ND Case No: CV-12-3533
2.