1  Thomas A. Moore
   Attorney at Law (SBN 148699)
2  18300 Von Karman Blvd, Suite 800
3  Irvine CA 92612
   Telephone: (650) 575-4991
4  Facsimile: (650) 887-0402
   e-mail: tomamoore@hotmail.com
5
6  Attorney for Plaintiff,
   Thomas E. Smith
7
8
                **UNITED STATES DISTRICT COURT**
9                **NORTHERN DISTRICT OF CALIFORNIA**
                 **SAN FRANCISCO DIVISION**
10

11 | THOMAS E. SMITH                              ) Case No: CV 12 3533 LB
                                                 )
12 |         Plaintiff,                          ) [~~Proposed~~] **ORDER RE: REQUEST TO**
                                                 ) **APPEAR TELEPHONICALLY AT**
13 |     vs.                                     ) **CASE MANAGEMENT CONFERENCE**
                                                 )
14 | STEVEN HARRINGTON, PhD., Individually       )
15 | and in his official capacity as Superintendent of )
   | Schools, for Sonoma County Office of        )
16 | Education; SHARON E. LIDDELL,               )
17 | Individually and in her official capacity as )  Hearing Date:    May 30, 2013
   | Superintendent of Santa Rosa City Schools;  )  Hearing Time:    10:30 A.M.
18 | GEORGE R. VALENZUELA, Individually          )  Department:      Courtroom C, 15th Floor
   | and in his official capacity as Compliance  )  Judge:           Hon. Laurel Beeler
19 | Officer, Santa Rosa City School Districts;  )  San Francisco Division
20 | STEPHEN MAYER, Individually and in his      )  Complaint filed: 06/06/2012
   | official capacity as Principal, Proctor Terrace )
21 | Elementary School, Santa Rosa City Schools, )  Trial Date:      None Set
   | DEBRA SANDERS, Ed.D., Individually and      )
22 | in her official capacity as Director Special )
23 | Services, Santa Rosa City Schools;  KIM     )
   | CRAVEN, M.S. and M.A., Individually and in  )
24 | her official capacity as Special Services   )
   | Offices, Santa Rosa City Schools, School    )
25 | Psychologist; SANTA ROSA CITY SCHOOL        )
26 | DISTRICT, and Does 1 through 100.           )
                                                 )
27 |         Defendants,                         )

28

1   Having considered Plaintiff's counsel's request to appear telephonically at the Case Management
2   Conference on May 30, 2013, the Court hereby grants Plaintiff's request.  IT IS SO ORDERED. .
    Counsel to make the necessary arrangements through CourtCall.
3                       17
    DATED:  May ~~14~~, 2013
4

_____
Hon. Laurel Beeler

~~[Proposed]~~ ORDER RE: REQUEST TELEPHONIC APPEARANCE  USDC ND Case No: CV-12-3533
2.