Rebecca S. Widen, SBN 219207
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:    510-763-2324
Fax:    510-273-8570
E-mail:  rwiden@htalaw.com

Attorneys For Defendants
STEVEN HARRINGTON, SHARON E. LIDDELL,
GEORGE R. VALENZUELA, STEPHEN MAYER, DEBRA SANDERS,
KIM CRAVEN, and SANTA ROSA CITY SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| THOMAS E. SMITH,<br><br>       Plaintiff,<br><br>  vs.<br><br>STEVEN HARRINGTON, PhD., Individually and in his official capacity as Superintendent of Schools, for Sonoma County Office of Education; SHARON E. LIDDELL, Individually and in her official capacity as Superintendent of Santa Rosa City Schools; GEORGE R. VALENZUELA, Individually and in his official capacity as Compliance Officer of Santa Rosa City Schools; STEPHEN MAYER, Individually and in his official capacity as Principal, Proctor Terrace Elementary School, Santa Rosa City Schools; DEBRA SANDERS, Ed.D, Individually and in her official capacity as Director Special Services, Santa Rosa City Schools; KIM CRAVEN, M.S. and M.A., Individually and in his official capacity as Special Services Offices, Santa Rosa City Schools, School Psychologist; SANTA ROSA CITY SCHOOL DISTRICT, and DOES 1 through 100,<br><br>       Defendants. | Case No.:  C12-3533 LB (MEJ)<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE SETTLEMENT CONFERENCE** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their attorneys of record, that the Settlement conference currently scheduled on November 13, 2013, at 10:00 a.m., in Magistrate Judge James' chambers, be rescheduled due to a conflict.

Counsel for the parties have conferred and selected an alternative date for the Settlement

1

*Smith v. Harrington, et al.,*/Case #C12-3533 LB (MEJ)
Stipulation And [Proposed] Order To Reschedule Settlement Conference

Conference of **November 12, 2013, at 10:00 a.m.**, based on Court availability.

Dated:  June 12, 2013          THOMAS A. MOORE

By:  *\*/s/ Thomas A. Moore*
 Lisa J. Ventura
 Attorney for Plaintiff
 *Mr. Moore gave his consent to e-file this document

Dated:  June 12, 2013          HAAPALA, THOMPSON & ABERN, LLP

By:  */s/ Rebecca S. Widen*
 Rebecca S. Widen
 Attorneys For Defendants

## ORDER

IT IS SO ORDERED that the Settlement Conference currently scheduled for November 13, 2013 be rescheduled to **November 12, 2013, at 10:00 a.m.**, in Chambers.

Dated:  June 13, 2013

_____
Magistrate Judge Maria-Elena James

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

2

*Smith v. Harrington, et al.,*/Case #C12-3533 LB (MEJ)
Stipulation And [Proposed] Order To Reschedule Settlement Conference