UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS E. SMITH, | No. C 12-3533 LB |
| Plaintiff, | **ORDER TO FILE NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| STEVEN HARRINGTON, PhD, et al., | |
| Defendants. | |
| _____/ | |

On April 15, 2013, Plaintiff Thomas Smith filed his Fourth Amended Complaint. *See* ECF No. 32.[1] In this Fourth Amended Complaint, Mr. Smith stated that he would file a notice of voluntary dismissal reflecting the dismissal of Defendants Steven Harrington, and Debra Sanders, from this action. To date, he has not done so. *See* Docket Generally. To have a clear record regarding who remains in this action, the court **ORDERS** Mr. Smith to file a notice of voluntary dismissal of Mr. Harrington, and Ms. Sanders, by February 28, 2014. This will leave the Santa Rosa School District, Sharon Liddell, George Valenzuela, Stephen Mayer and Kim Craven as the remaining defendants to this action.

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronically generated page number at the top of the document

ORDER (C 12-3533 LB)

**IT IS SO ORDERED.**

Dated: February 24, 2014

_____
LAUREL BEELER
United States Magistrate Judge