1  Thomas Allen Moore (SBN 148698)
   Law Offices of Thomas A. Moore
2  401 Ajuna Court
   Encinitas, CA  92024
3  Telephone: (650) 575-4991
   Facsimile:  (650) 887-0402
4  e-mail: tomamoore@hotmail.com

5  Attorney for Plaintiff,
   Thomas E. Smith
6

7

8                    UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

10 THOMAS E. SMITH,                    )  Case No.:  C12-3533 LB (MEJ)
                                       )
11         Plaintiff,                  )  **STIPULATION AND [PROPOSED]**
                                       )  **ORDER EXTENDING CASE SCHEDULE**
12     vs.                             )
                                       )
13 STEVEN HARRINGTON, PhD., Individually )
   and in his official capacity as Superintendent )
14 of Schools, for Sonoma County Office of )
   Education; SHARON E. LIDDELL,       )
15 Individually and in her official capacity as )
   Superintendent of Santa Rosa City Schools; )
16 GEORGE R. VALENZUELA, Individually  )
   and in his official capacity as Compliance )
17 Officer of Santa Rosa City Schools;  )
   STEPHEN MAYER, Individually and in his )
18 official capacity as Principal, Proctor Terrace )
   Elementary School, Santa Rosa City Schools; )
19 DEBRA SANDERS, Ed.D, Individually and in)
   her official capacity as Director Special )
20 Services, Santa Rosa City Schools; KIM )
   CRAVEN, M.S. and M.A., Individually and in )
21 his official capacity as Special Services )
   Offices, Santa Rosa City Schools, School )
22 Psychologist; SANTA ROSA CITY SCHOOL )
   DISTRICT, and DOES 1 through 100,   )
23                                     )
           Defendants.                 )
24 _____ )

25         Whereas discovery that was recently scheduled by both parties to occur in the month of

26 April and May had to be postponed due to the unexpected death of Plaintiff's counsel's father,

27 and his resultant unavailability as he traveled to the East Coast to attend funeral services, and

28 whereas the discovery already scheduled will need to occur in the month of May and possibly

1

*Smith v. Harrington, et al.,/*Case #C12-3533 LB (MEJ)
Stipulation And [Proposed] Order Extending Case Schedule

1  into early June, the parties hereto, by and through their respective counsel, hereby stipulate and
2  request that the current case schedule be extended by 30 days.
3      The reason for the requested extension is that the parties have not yet completed the
4  necessary party and witness depositions.  The parties now expect to have those depositions
5  completed by the end of May or mid-June.  Plaintiff has noticed ten (10) depositions, the
6  maximum number allowed without leave of court, and defense counsel plans to notice at least
7  three (3) depositions.  The undersigned attorneys are working diligently to get these depositions
8  scheduled in a coordinated and timely manner.  Additionally, written discovery served by
9  Plaintiff has necessitated an extension of time to respond to, which was granted at the request of
10 defense counsel, and said written discovery will need to be obtained by Plaintiff's counsel in
11 preparation for the depositions currently scheduled.
12     Therefore, the parties respectfully request that the scheduling order for this case be
13 extended by 30 days, as set forth in the proposed order below.
14     IT IS SO STIPULATED.

15 Dated:  April 16, 2014          THOMAS A. MOORE

17                                  By:   */s/ Thomas A. Moore
                                         Attorney for Plaintiff
18                                       *Mr. Moore gave his consent to e-file this
                                         document

20 Dated:  April 16, 2014          HAAPALA, THOMPSON & ABERN, LLP

22                                  By:   /s/ Rebecca S. Widen
                                         Rebecca S. Widen
23                                       Attorneys For Defendants

24                                  **ORDER**

25     The Court having considered the parties' stipulation, and good cause appearing, IT IS
26 HEREBY ORDERED that the current case schedule be extended 30 days.  The new case
27 schedule shall be as follows:
28 /

2

*Smith v. Harrington, et al.,/*Case #C12-3533 LB (MEJ)
Stipulation And [Proposed] Order Extending Case Schedule

| EVENT | DEADLINE |
|---|---|
| Fact deposition cutoff | June 20, 2014 |
| Designation of Opening Experts | June 27, 2014 |
| Designation of Rebuttal Experts | July 11, 2014 |
| Expert Discovery Cutoff | July 25, 2014 |
| Deadline(s) for Filing Discovery Motions | See Civil Local Rule 37-3 |
| Last hearing date for dispositive motions and/or further case management conference | September ~~12~~ 18, 2014, at 9:30 a.m. |
| Meet and confer re pretrial filings   November 13, 2014 | ~~October 17, 2014~~ |
| Pretrial filings   December 4, 2014 | ~~October 31, 2014~~ |
| Oppositions, Objections, Exhibits and Deposition Designations due   December 18, 2014 | ~~November 7, 2014~~ |
| Final Pretrial Conference   January 29, 2015 at 1:30 p.m. | ~~November 13, 2014, at 11:00 a.m.~~ |
| Trial   February 17, 2015 at 8:30 a.m. | ~~December 15, 2014, at 8:30 a.m.~~ |

Dated: April 21, 2014

_____
U.S. Magistrate Judge Laurel Beeler

3

*Smith v. Harrington, et al.,*/Case #C12-3533 LB (MEJ)
Stipulation And [~~Proposed~~] Order Extending Case Schedule